# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| ROBERTA RENEE DALTON, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )     No. 2:11-cv-305-GZS |
| | ) |
| LAURA LEE R. REID, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 7, 2011, her Recommended Decision (Docket No. 12). Plaintiff filed her Objection to the Recommended Decision (Docket No. 23) on October 17, 2011. Plaintiff filed a second Response to the Recommended Decision (Docket No. 24) on October 18, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Complaint (Docket No. 1) is summarily **<u>DISMISSED</u>**.

          <u>/s/George Z. Singal</u>      
          U.S. District Judge

Dated this 26th day of October, 2011.